**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BARBARA HILL**                                                                                              **PLAINTIFF**

**V.**                           **CASE NO. 3:17-CV-00032 DPM/BD**

**POINSETT COUNTY SHERIFF**
**DEPARTMENT, et al.**                                                                              **DEFENDANTS**

**ORDER**

Plaintiff Barbara Hill, who is currently being held at the Poinsett County Detention Center ("Detention Center"), filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2)   She alleges that she was somehow injured by "Justin" during her arrest and, as a result, asked to see a doctor.  Subsequently, she alleges, Defendant Cox refused to provide appropriate medical care.  (#2)

There are several problems with Ms. Hill's complaint.  She must file an amended complaint within thirty days to correct the deficiencies if she wants to pursue her claims in this case.  In her amended complaint, Ms. Hill must explain how she was injured during her arrest.  In addition, she must state each Defendant's part in violating her rights and causing her injuries.  She must also state exactly what injuries she suffered as a result of the incident and describe what injuries she suffered as a result of the lack of timely medical care.

Ms. Hill has sued the Poinsett County Sheriff's Department, but a sheriff's department is not an entity that can be sued in a civil rights case such as this.  She may

sue Poinsett County by suing Defendants in their official capacities, but even then, the County can only be held liable if its policy or custom led to her injuries. See *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir.1992) (holding that police and sheriff's departments are not usually considered legal entities subject to suit); *Ketchum v. City of West Memphis*, 974 F.2d 81 (8th Cir.1992) (Police department and paramedic services are not separate jurisdictional entities). If she wants to pursue claims against Poinsett County, she must describe the County policy or custom that led to her injuries.

    Ms. Hill has thirty days to file an amended complaint. Her failure to comply with this Order could result in the dismissal of her lawsuit. Local Rule 5.5.

    IT IS SO ORDERED, this 1st day of March, 2017.

                                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE