**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BARBARA HILL**                                                                                          **PLAINTIFF**

V.                                        **CASE NO. 3:17-CV-00032 DPM/BD**

**POINSETT COUNTY SHERIFF
DEPARTMENT, et al.**                                                                            **DEFENDANTS**

## ORDER

Plaintiff Barbara Hill has now identified Justin Kinser as the John Doe Defendant. (#5)  The Clerk of the Court is directed to change the docket accordingly.

For screening purposes, Ms. Hill has stated an excessive-force claim against Justin Kinser and a deliberate-indifference claim against Defendant Susan Cox.  (#2, #5) Accordingly, service is proper for these two Defendants.[1]

The Clerk of Court is directed to prepare summonses for Justin Kinser and Susan Cox.  The United States Marshal is directed to serve copies of the Complaint and Amended Complaint, with any attachments (#2, #5), and a summons for Defendants Kinser and Cox without requiring prepayment of fees and costs or security.  Service for Defendants Kinser and Cox should be through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 15th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Claims against Defendant Poinsett County Sheriff Department will be addressed in a separate recommendation.