## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BARBARA HILL**                                                    **PLAINTIFF**

**v.**                          **No. 3:17-cv-32-DPM-BD**

**POINSETT COUNTY SHERIFF**
**DEPARTMENT; SUSAN COX, Nurse,**
**Poinsett County Detention Center; and**
**JUSTIN KINSER, Officer—Poinsett**
**County Sheriff's Department**                          **DEFENDANTS**

### ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b)

(1983 addition to advisory committee notes). Hill's claims against the Poinsett

County Sheriff's Department are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2017