IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA HILL                                                                                                    PLAINTIFF

V.                              CASE NO. 3:17-CV-00032 DPM/BD

POINSETT COUNTY SHERIFF
DEPARTMENT, et al.                                                                                         DEFENDANTS

## ORDER

The Clerk of Court is directed to prepare a summons for Justin Kimber. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2, #5), and a summons for this Defendant without requiring prepayment of fees and costs or security. Service for Defendant Kimber should be through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 5th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE