IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA HILL                                                              PLAINTIFF

V.                    CASE NO. 3:17-CV-00032 DPM/BD

POINSETT COUNTY SHERIFF
DEPARTMENT, et al.                                                      DEFENDANTS

**ORDER**

Plaintiff Barbara Hill, who is currently held at the Poinsett County Detention Center ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) The most recent summons issued to Defendant Justin Kimber (originally sued as Justin Kinser) has been returned to the court unexecuted. (#17)

The Administrator at the Detention Center has 14 days to provide Defendant Kimber's last known address under seal if he is a former employee, or to state that he was never employed at the Detention Center.

IT IS SO ORDERED, this 5th day of July, 2017.

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE