# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BARBARA HILL**                                                               **PLAINTIFF**

**V.**          **CASE NO. 3:17-CV-32-DPM-BD**

**POINSETT COUNTY SHERIFF**
**DEPARTMENT,** *et al.*                                                   **DEFENDANTS**

## ORDER

Counsel for Defendant Susan Cox, John R. Myers, has moved to withdraw from his representation. (#33) Jonathan C. Hill has filed an entry of appearance for Defendant Cox. (#24) The motion to withdraw (#33) is GRANTED. Accordingly, John R. Myer is relieved as attorney of record for Defendant Cox.

Defendant Cox has moved for summary judgment. (#35) Ms. Hill may file a response opposing the motion if she wishes. To be considered, the response must be filed within fourteen (14) days of this Order.

In opposing the motion for summary judgment, Ms. Hill may attach affidavits that she or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person signing it.

If Ms. Hill files a response, she must also file a separate, short statement setting forth the disputed facts that she believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED, this 2nd day of April, 2018.

*[signature]*
UNITED STATES MAGISTRATE JUDGE