# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BARBARA HILL**  PLAINTIFF

v.  No. 3:17-cv-32-DPM

**SUSAN COX, Nurse, Poinsett County
Detention Center; and JUSTIN KIMBLE,
Officer, Poinsett County Sheriff's Department**  DEFENDANTS

## ORDER

Unopposed recommendation, № 44, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions for summary judgment, № 35 & № 40, granted. Hill's claims against Cox and Kimble will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2018