IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA HILL                                                PLAINTIFF

v.                          No. 3:17-cv-32-DPM

POINSETT COUNTY SHERIFF
DEPARTMENT; SUSAN COX, Nurse,
Poinsett County Detention Center; and
JUSTIN KIMBLE, Officer, Poinsett County
Sheriff's Department                                        DEFENDANTS

## JUDGMENT

Hill's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

17 July 2018